UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   5:24–cr–00136–RGK            Date   10/28/2024

Present:   The Honorable R. GARY KLAUSNER, United States District Judge
Interpreter:   N/A

| Joseph Remigio | Marea Woolrich | Mirelle Raza |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| 1. Mauricio Hernandez Estrada, Custody | 1. Gabriela Rivera, DFPD |

**PROCEEDINGS:       CHANGE OF PLEA**

X   Defendant moves to change plea to the   Indictment  .

X   Defendant sworn.

X   Defendant enters a new and different plea of GUILTY to  3  .

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday,  February 3, 2025 at 10:00 AM  for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before  1/3/2025 .

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X   The Court vacates the  11/5/2024  trial date as to this defendant.

:15
Initials of Deputy Clerk: jre

cc: USPO